UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>              Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No: 14-0060 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION OF SETTLEMENT AND DISMISSAL

The parties, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay plaintiff a lump sum of Eight Thousand Dollars ($8,000.00) in attorneys' fees and costs in this matter.

3. Payment of the attorneys' fees and costs will be made by electronic funds transfer from Defendant to the bank account of Plaintiff, identified in writing by Plaintiff's counsel. Payment shall be made as promptly as practicable, consistent with the normal processing procedures followed by the Department of Justice and the Department of the Treasury, following the approval of the settlement by the Court.

4. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in this Freedom of Information Act suit.

5. This Stipulation of Settlement shall represent full and complete satisfaction of all

claims arising from the allegations set forth in the complaint filed in this action, including full and complete satisfaction of all claims for costs and attorneys' fees that have been, or could be, made in this case.   In particular, this Stipulation of Settlement shall include all claims for attorneys' fees and costs incurred in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in these actions.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

9. Execution of this Stipulation of Settlement by counsel for plaintiff and by counsel for defendant shall constitute a dismissal of this action with prejudice, effective upon filing of this stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

| | |
|---|---|
| DATED:   August 1, 2014 | So Stipulated and Agreed: |
| RONALD C. MACHEN Jr.<br>(D.C. Bar No. 447889)<br>United States Attorney | *s/ Lori Ann Burd*<br>LORI ANN BURD (admitted *pro hac vice*)<br>CENTER FOR BIOLOGICAL DIVERSITY<br>P.O. Box 11374<br>Portland, OR 97211-0374<br>Tel: (971) 717-6405<br>Fax: (503) 283-5528<br>Email: laburd@biologicaldiversity.org |
| DANIEL F. VAN HORN<br>(D.C. Bar No. 924092)<br>Civil Chief | |
| By: */s/ Rhonda C. Fields*<br>RHONDA C. FIELDS<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C.   20530<br>Tel: 202/252/2555<br>Fax: 202/252/2599<br>Email: rhonda.fields@usdoj.gov | *s/ Amy R. Atwood*<br>AMY R. ATWOOD (D.C. Bar No. 470258)<br>CENTER FOR BIOLOGICAL DIVERSITY<br>P.O. Box 11374<br>Portland, OR 97211-0374<br>Tel: (971) 717-6401<br>Fax: (503) 283-5528<br>Email: atwood@biologicaldiversity.org |
| *Attorneys for Federal Defendant* | *Attorneys for Plaintiff* |